UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22CR2185-BAS |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| HECTOR FRANCISCO VIZCAINO MORENO (5), | |
| Defendant. | |

WHEREAS, in the Indictment, the United States sought forfeiture of all right, title, and interest in specific properties of Defendant HECTOR FRANCISCO VIZCAINO MORENO ("Defendant"), pursuant to Title 18, United States Code, Section 982(a)(1) as any property, real and personal, involved in the offense in violation of Title 18, United States Code, Section 1956(h) and any property traceable to such property, as charged in Count 1 of the Indictment; and

WHEREAS, on January 29, 2024, Defendant pled guilty before District Judge Cynthia Bashant to Count 1 of the Indictment, consented to the forfeiture allegations of the Indictment, and consent to the forfeiture of all properties seized in connection with the case, including but not limited to, entry of a forfeiture money judgment to the United States in the amount of $50,000.00 in U.S. dollars as proceeds traceable to the offense set forth in Count 1, which forfeiture shall be included and incorporated as part of the judgment in this case, and the following specific properties, which Defendant

agrees are forfeitable to the United States pursuant to Title 18, United States Code, Sections 982(a)(1):

    a. $132,281.85 in funds from Bank Account #xxxxxx1980 held in the name of HFMV LLC at Wells Fargo Bank, San Diego, CA; and,

    b. $2,239.00 in funds from Account #xxxxxxxx3969 held in the name of Vizcaino Trucking Logistics at Bank of America, Chula Vista, California; and,

WHEREAS, on, January 29, 2024, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the Court finds that the United States has established the requisite nexus between the forfeited properties and money judgment and the offenses of conviction; and,

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 18 U.S.C., § 982(b) exist and has agreed the United States may take actions to collect the forfeiture money judgment; and

WHEREAS, on or about June 30, 2022, the following property was administratively forfeited in the Southern District of California by the Federal Bureau of Investigation ("FBI") after direct notice, published notice, and no claims having been made by any person or entity:

    a. $132,281.85 in funds from Bank Account #xxxxxx1980 held in the name of HFMV LLC at Wells Fargo Bank, San Diego, CA; and,

WHEREAS, on or about October 14, 2021, the following property was administratively forfeited in the Southern District of California by the FBI:

    b. $2,239.00 in funds from Account #xxxxxxxx3969 held in the name of Vizcaino Trucking Logistics at Bank of America, Chula Vista, California;

WHEREAS, the United States, having submitted this Order to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based on the guilty plea to Count 1 of the Indictment, Defendant HECTOR FRANCISCO VIZCAINO MORENO shall forfeit to the United States the sum of $50,000.00 in the form of a personal forfeiture money judgment against him pursuant to Title 18, United States Code, Sections 982(a)(1) representing the proceeds he received from his involvement in the offenses set forth in Count 1. The forfeiture money judgment is in favor of the United States against Defendant HECTOR FRANCISCO VIZCAINO MORENO, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961, from the date of sentencing.

2. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture money judgment and collecting and enforcing it; and

3. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced.

4. The United States may take any and all actions available to it to collect and enforce the forfeiture money judgment.

5. The Court reaffirms the completed administrative forfeiture proceedings as to the following assets and therefore no ancillary proceedings or further forfeiture actions are required for these assets:

    a. $132,281.85 in funds from Bank Account #xxxxxx1980 held in the name of HFMV LLC at Wells Fargo Bank, San Diego, CA; and,

    b. $2,239.00 in funds from Account #xxxxxxxx3969 held in the name of Vizcaino Trucking Logistics at Bank of America, Chula Vista, California.

//
//
//

6. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: April 5, 2024

Honorable Cynthia Bashant
United States District Judge